Form G-3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION  ▼ DIVISION

In re: Rashonda McClellan;  ) Chapter 7
) 
) No. 23-11197
) 
Debtor(s)  ) Judge David D. Cleary

### NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on October 18, 2023, at 10:00 a.m., I will appear before the Honorable David D. Cleary ▼, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse ▼, 219 S. Dearborn Street, Chicago, IL 60604 ▼ **or** electronically as described below, and present the motion of Nationstar Mortgage LLC [to/for] Relief from the Automatic Stay, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                              By: /s/ Nisha B. Parikh

                                              Diaz Anselmo & Associates LLC
                                              1771 W. Diehl Rd., Ste. 120
                                              Naperville, IL 60563-4947
                                              (630) 453-6960 (866) 402-8661
                                              (630) 428-4620 (Fax)
                                              ILBankruptcy@dallegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2023 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Ariane Holtschlag, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Rashonda McClellan, 18555 Country LN, Lansing, IL 60438


    /s/ Nisha B. Parikh
    Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-11197 |
| Rashonda McClellan; | CHAPTER 7 |
| Debtor(s). | JUDGE David D. Cleary |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Nationstar Mortgage LLC, secured creditor herein, by and through its attorneys, Diaz Anselmo & Associates, LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 7 on August 25, 2023.

5. Nationstar Mortgage LLC holds a mortgage secured by a lien on debtor's real estate commonly known as 307 Salisbury Dr, Munster, Indiana 46321.

6. As of October 4, 2023 the value of the property is $506,500.00 (per County Assessor) and the total payoff amount is $443,681.04.

7. As of October 4, 2023 the loan is past due for the July 1, 2023 payment in the amount of $3,012.99, the August 1, 2023 to October 1, 2023 payments in the amount of $3,030.11 each. The total default is $13,241.32, including attorney fees and costs in the amount of $1,138.00 for bringing this motion.

8. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. §§ 362(d)(1).

9. The property is not necessary to an effective reorganization.

10. The movant requests the Court order that Rule 4001(a)(3) is not applicable.

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclosure if necessary.

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Nationstar Mortgage LLC

/s/ Nisha B. Parikh

Diaz Anselmo & Associates, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B23080042
This law firm is deemed to be a debt collector.