F I L E D

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

OCT 10 2023

JEFFREY P. ALLSTEADT, CLERK

Form G-3 (20230922)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION     DIVISION**

| | | |
|---|---|---|
| In re: RASHONDA MCCLELLAN | ) | Chapter 7 |
| | ) | |
| | ) | No. 23 b 11197 |
| | ) | |
| Debtor(s) | ) | Judge David D. Cleary |

### NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on October 18, 2023, at 10 a.m. I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 or electronically as described below, and present the motion of Voluntarily Dismissal [to/for] Chapter 7 Case, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: Rashonda McClellan   /s/

18555 Country LN
Lansing, Illinois 60438

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 11197 |
| | ) | |
| RASHONDA MCCLELLAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| 18555 Country LN. | ) | |
| Lansing, Illinois 60438 | ) | |
| | ) | |
| Last four digits of Social Security or | ) | |
| Individual Tax-payer Identification | ) | |
| (ITIN): xxx-xx-7734 | ) | |

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE NOTICE OF HEARING

1. The Debtor hereby moves to dismiss this bankruptcy case under 11 U.S.C. §707(a) for the following reason(s) because case was filed pro se.

Dirksen U.S. Courthouse
219 S. Dearborn
Chicago, Illinois 60604

VIA ELECTRONIC NOTICE
To: Ariane Holtschlag, Esq. (Trustee)
FactorLaw
105 W. Madison, Suite 1500
Chicago, Illinois 60602

Date: October 10, 2023

Signature: _____
Rashonda McClellan
18555 Country LN, Lansing, Illinois 60438