**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)    RASHONDA MCCLELLAN,    Case No. 23-11197    Chapter 7
All Cases: Moving Creditor  AMERIHOME MORTGAGE COMPANY, LLC    Date Case Filed  08/25/2023

Nature of Relief Sought:    ☒ Lift Stay  ☐ Annul Stay    ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed

Chapter 7:    ☐ No-Asset Report Filed on
              ☒ No-Asset Report not Filed, Date of Creditors Meeting    10/16/23

1. Collateral
   a.  ☒  Home
   b.  ☐  Car    Year, Make and Model _____
   c.  ☐  Other (describe) _____

2. Balance Owed as of 10/04/23  $ 94,450.05
   Total of all other Liens against Collateral $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $  80,000.00 per Debtor's Sched A/B

5. Default
   a.  ☒  Pre-Petition Default
           Number of months  17                    Amount $12,108.14

   b.  ☐  Post-Petition Default
       i.  ☐  On direct payments to the moving creditor
               Number of months ___            Amount $
       ii. ☐  On payments to the Standing Chapter 13 Trustee
               Number of months ___            Amount $ _____

6. Other Allegations
   a.  ☐  Lack of Adequate Protection § 362 (d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid                  Amount $
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other (describe) _____

   b.  ☒  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ☐  Other "Cause" § 362 (d)(1)
       i.   ☐ Bad Faith
       ii.  ☐ Multiple filings
       iii. ☐ Other (describe)

   d.  Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention filed  ☒ Retain


Date:  10/16/23        */s/ Timothy R. Yueill*
                       Submitted By