Form G-3 (20230922)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION         DIVISION

In re: Rashonda McClellan           )   Chapter 7
                                    )
                                    )   No. 23-11197
                                    )
        Debtor(s)                   )   Judge David D. Cleary

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on November 15, 2023, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Debtor [to/for] Convert Case to Chapter 13, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                      By: /s/ David Freydin

                      Attorney for Debtor
                      Law Offices of David Freydin
                      8707 Skokie Blvd, Suite 312
                      Skokie, IL 60077
                      847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 7, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-11197<br>Northern District of Illinois<br>Eastern Division<br>Tue Nov  7 13:20:29 CST 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ohio Casualty Insurance Company<br>c/o Elizer Law Group, LLC<br>7366 N Lincoln Avenue<br>Suite 305<br>Lincolnwood, IL 60712-1740 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | City of Chicago Water Dept<br>1000 East Ohio St<br>Chicago IL 60611-3416 |
| Consumer Adjustment<br>500 NW Plz<br>SI Ann MO 63074-2218 | First Premier<br>PO Box 1348<br>Sioux Falls SD 57101-1348 | Indigo Cellic Bank<br>PO Box 4477<br>Beaverton OR 97076-4401 |
| Mercedes Finance<br>PO Box 685<br>Roanoke TX 76262-0685 | Mercedes-Benz Financial Services USA LLC<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Michael C Kim and Assoc<br>19 S Lasalle Ste 303<br>Chicago IL 60603-1245 |
| Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| TBOM Milestone<br>PO Box 84059<br>Columbus GA 31908-4059 | THD Home Depot<br>PO Box 9001010<br>Louisville KY 40290-1010 | Ariane Holtschlag, trustee<br>FactorLaw<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602-4602 |
| Brian P Deshur<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Rashonda McClellan<br>18555 Country LN<br>Lansing, IL 60438-2582 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmeriHome Mortgage Company, LLC | (u)Mercedes-Benz Financial Services USA LLC | (u)NATIONSTAR MORTGAGE LLC |

(du)Nationstar Mortgage LLC

End of Label Matrix
Mailable recipients    21
Bypassed recipients     4
Total                  25

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of**: | |
| | Case No. 23-11197 |
| Rashonda McClellan | |
| | Chapter 7 |
| | |
| **Debtor(s)** | Judge David D. Cleary |

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13

NOW COMES the Debtor, Rashonda McClellan, by and through her attorney, David Freydin, and in support of their Motion to Convert to Chapter 13, state as follows:

1. On August 25, 2023, the Debtor filed a chapter 7 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 23-11197.

2. This case was assigned to Trustee Ariane Holtschlag.

3. Debtor is able to fund a Chapter 13 plan because Debtor now has a full-time position.

4. Undersigned counsel has served this motion on all parties and asks that this Honorable Court enter an order converting this case to a chapter 13.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order converting this case to chapter 13 and grant such other and further relief as it deems fair and just.

Respectfully Submitted,

/s/ David Freydin
David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157