UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )         BK No.:   23-11197
Rashonda McClellan,                   )
                                      )         Chapter: 7
                                      )         Honorable David D. Cleary
                                      )
                                      )
            Debtor(s)                 )

### ORDER EXTENDING TIME TO TO OBJECT TO DISCHARGE

This matter having come before the Court on the motion of Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Rashonda McClellan, this court having jurisdiction and due notice being given all parties entitled thereto,

IT IS HEREBY ORDERED that
1. The Motion is granted as provided herein;
2. The deadline for any party to object to the Debtor's discharge under 11 U.S.C. 727 is extended to, and includes, February 21, 2024.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  November 15, 2023

**Prepared by:**

Ariane Holtschlag (6294327)
Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com